In the Matter of the KNICKERBOCKER LIFE INSURANCE COMPANY.

THE PEOPLE OF THE STATE OF NEW YORK v. KNICKER-BOCKER LIFE INSURANCE COMPANY.

HERMAN HOFFMAN, as Receiver of the KNICKERBOCKER LIFE INSURANCE COMPANY, Appellant; THE ATTORNEY-GENERAL et al., Respondents.

*Appeal — motion to dismiss — defective undertaking.*

Reported below, 199 App. Div. 503.

(Submitted April 17, 1922; decided April 25, 1922.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 13, 1922, which reversed an order of Special Term denying a motion to vacate a prior order and granted said motion.

The motion was made upon the ground that the undertaking was defective.

*Charles D. Newton,* Attorney-General (*Charles D. Robinson* of counsel), for motion.

*Bernard Cowen* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellant executes and serves a proper undertaking on appeal, in which case motion is denied, without costs.